# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ERIC GROSECLOSE, individually and doing business as E.G. ROOFING; FIREMAN'S FUND INSURANCE COMPANY, a California corporation; PATRICK COSTELLO, an individual; and SARAH COSTELLO, an individual,<br><br>Defendants. | Case No.: 3:14-cv-02434-LB<br><br>(Case Assigned to Hon. Laurel Beeler)<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL OF COMPLAINT WITH PREJUDICE<br><br><br>Complaint Filed: May 27, 2014 |

Having considered the stipulation and joint request of the parties, the court adopts the parties' stipulation and Orders as follows:

The Complaint is dismissed with prejudice, each party to bear their own fees and costs for the prosecution and defense of this action.

DATED: January 13, 2016         By: /s/ LB

LAUREL BEELER
Magistrate Judge

1

CASE NO. 3:14-cv-02434-LB
[ORDER RE DISMISSAL]

469258.1

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017